From: The District Court of the Twelfth Judicial District, County of Hill, STATE OF MONTANA, Plaintiff vs. DENNIS VIRGIL DONEY, Defendant.

## DECISION

No. DC-81-063

The application of the above-named defendant for a review of the sentence of 10 years, 9 years to be served concurrently with DC-80-006 and 1 year to be served consecutively with DC-80-006 imposed on May 17, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

Considering all circumstances, the sentence imposed was comparable to others of a similar nature.

We wish to thank Wendy Holton of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. KENNETH ANTHONY ALLEN, Defendant.

## DECISION

No. DC-83-070

The application of the above-named defendant for a review of the sentence of 10 years; Ineligible for parole until he has served 5 years imposed on July 8, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 10 years straight time. The Defendant shall be designated as NON-DANGEROUS for parole eligibility, and this Board highly recommends that the Defendant be placed in Swan River as soon as possible.

Reasons for the amended sentence are:

(1) Under the statutes of the State of Montana, it is inappropriate to consider the Defendant's Juvenile Record, which the sentencing judge referred to in his judgment; and

(2) considering the circumstances, the sentence imposed was excessive.

We wish to thank Gary Doran, Attorney from Kalispell, for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.